1 | Peter C. Wittlin
  | Bar No. 75222
2 | 4000 Barranca Parkway
  | Suite 250
3 | Irvine, California 92604-4710
  | Telephone (714) 262-3280
4 | Facsimile No.  (714) 262-3299

5 | Attorney for Plaintiff

**FILED** JUL 25 1997
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE, MOST RECENT ADDRESS OF RECORD IN THIS ACTION, ON THIS DATE
DATED: 7-29-97

DEPUTY CLERK

United States District Court
Central District of California

| | |
|---|---|
| Nicholas R. Delgado,<br><br>            Plaintiff,<br>v.<br><br>County of Orange, etc., et. al.;<br><br>            Defendants. | Case No. SA CV 96-380 (EEX)<br><br>Stipulation & Order Thereon Dismissing Action<br><br>(No ~~hearing.~~) |

**ENTERED** JUL 29 1997
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA OFFICE
BY _____ DEPUTY

<u>Stipulation</u>

It is hereby stipulated by and between the undersigned that the within action be dismissed in its entirety with prejudice, each side to bear their own attorney's fees and costs heretofore incurred.

Dated:  July 17, 1997

x _____PCWittlin_____
Peter C. Wittlin
Attorney for Plaintiff

Dated:  July 17, 1997

x _____
S. Frank Harrell, Esq.
Franscell, Strickland,
Roberts & Lawrence

✓ Docketed
✓ Mld copy Ptys
___ Mld Notice Ptys
___ JS-6

ENTERED ON ICMS ___11___

LODGED  JUL 22 2 23 PM '97

1
2                                                      Attorneys for Defendants
3                                    Order
4    It is hereby so ordered.
5    Dated: July 25, 1997

6                                          _____
                                           Alice Marie Stotler
7                                          U.S. District Judge

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PROOF OF SERVICE**

STATE OF CALIFORNIA )
                    ) SS
COUNTY OF ORANGE    )

    I, RANDI L. SILVETTI, am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 401 Civic Center Drive West, Suite 800, Santa Ana, California 92701-7502.

    On **July 21, 1997**, I served the foregoing document:

**STIPULATION AND ORDER THEREON DISMISSING ACTION**

on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

Peter C. Wittlin, Esq.
4000 Barranca Parkway, Ste. 250
Irvine, CA 92714
714/262-3280
**Atty for Plaintiff**

Stuart H. Sandhaus, Esq.
Crown Cabot Financial Center
28202 Cabot Road, Ste. 300
Laguna Niguel, CA 92677
714/365-5728
**Atty for X-C Smith & Stevens**

    I am readily familiar with the firm's practice for collection and processing of correspondence for mailing with the U.S. Postal Service. The within correspondence will be deposited with the U.S. Postal Service on the same day shown on this affidavit, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postal meter date is more than one day after the date of deposit for mailing in this affidavit.

    I declare under penalty of perjury under the laws of the State of California that the above true and correct.

    Executed on **July 21, 1997**, at Santa Ana, California.

*/s/ Randi L. Silvetti*
Randi L. Silvetti